UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW SAMUEL GUILLORY,

Plaintiff,

v.

THE HOPE PROGRAM, et al.,

Defendants.

Case No. 26-cv-13690-SK

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Regarding Docket No. 3

On November 13, 2026, Plaintiff Andrew Samuel Guillory ("Plaintiff"), proceeding *pro se*, filed a complaint and a notice of related case. (Dkt. Nos. 1, 3.)

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable William H. Orrick to consider whether *Guillory v. The Hope Program et al*, No. 26-cv-13690-SK is related to *Guillory v. Contra Costa County et al*, 25-cv-00084-WHO.

**IT IS SO ORDERED**.

Dated: November 18, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California